1054

[No. 19634-4-II.     Division Two.     October 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BENIGNO T. GARFIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-1-00061-4, James B. Sawyer, J., entered May 25, 1995. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 32645-7-I.     Division One.     October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE A. HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 92-1-00001-9, Fred L. Stewart, J., entered March 18, 1993. *Reversed* by unpublished per curiam opinion.

[No. 35784-1-I.     Division One.     October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO ROJAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06180-0, Robert H. Alsdorf, J., entered December 12, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 36229-1-I.     Division One.     October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DINO O. LUCKEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04830-5, Patricia H. Aiken, J., entered February 6, 1996. *Remanded with instructions* by unpublished per curiam opinion.